IN THE DISTRICT COURT IN AND FOR
                                        THE SOUTHERN DISTRICT OF
                                        FLORIDA
                                        FORT LAUDERDALE DIVISION

                                        CASE NO.: 11-60711-cv

RICHARD PARKER,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

                                                Respectfully submitted,
                                                **RICHARD PARKER**

                                                By: s/ Alex Weisberg
                                                ALEX D. WEISBERG
                                                FBN: 0566551
                                                WEISBERG & MEYERS, LLC
                                                ATTORNEYS FOR PLAINTIFF
                                                5722 S. Flamingo Road, Ste. 656
                                                Cooper City, FL 33330
                                                (954) 212-2184
                                                (866) 577-0963 fax
                                                aweisberg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Steven R. Zahn, Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502, by depositing the same on May 19th, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com