IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-cv-60711-WPD

RICHARD PARKER,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, RICHARD PARKER, by and through his attorneys, WEISBERG & MEYERS, LLC, and hereby provides notice of his dismissal of the above-captioned matter with prejudice. Plaintiff requests that this Court retain jurisdiction over this claim solely for the purpose of enforcing the settlement agreement should either party fail to perform any obligations thereunder.

    ALEX D. WEISBERG
    WEISBERG & MEYERS, LLC
    ATTORNEY FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax

    By: s/ Alex Weisberg
        Alex D. Weisberg, Esq.
        FBN: 0566551

**CERTIFICATE OF FILING**

I certify that on June 3rd , 2011, I electronically filed the foregoing Motion with the clerk of the U.S. District Court using the electronic case filing system of the court.

**CERTIFICATE OF SERVICE BY MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Steven R. Zahn, Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502, by depositing the same on June 3rd, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com