UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60711-CIV-DIMITROULEAS

RICHARD PARKER,

   Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

   Defendant.
_____/

## ORDER APPROVING DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice [DE-7], filed herein on June 3, 2011.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice of Dismissal With Prejudice [DE-7] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**.  The Court shall retain jurisdiction to enforce the parties' settlement;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of June, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record